Case 1:11-cv-01858-YK    Document 1-2    Filed 10/07/11    Page 1 of 28

# EXHIBIT A

| 4. Withdrawals/ Terminations | (130) | (216) | (170) | (155) | (239) | (231) | ---- |
|---|---|---|---|---|---|---|---|
| Percentage Withdrawals to Admissions (4÷2) | 56% | 65% | 44% | 38% | 46% | 50% | — |

Maximum True Retention Rate over 6 years … not        69.2%

| Percentage of Withdrawals to Admissions [1,141/2,572] | 44.4% |
|---|---|
| Minimum Retention Rate ** | 55.6%** |

years reviewed here would be at most 67% if *all* of the current students stay and graduate; i.e., 67% of the

# EXHIBIT B

Publication: Reading Eagle; Date:2005 Sep 20; Section:Voices; Page Number: 52



Cesar Escudero of Reading, a freshman at Commonwealth Connections Academy, strategizes his next move o

# ates



reated by staff artist George M. Arentz and pictured overleaf

Voices.readingeagle.com

Tuesday, September 20, 2005

## Master in the making likes to beat adults

**By Stacie Jones**
Voices associate editor

Cesar Escudero excels at the game of chess, says his mentor, Stefan Kosikowski.

"He has great attention to detail," says Kosikowski, vice president of the Million Youth Chess Club and a mentor to Cesar, 13, a freshman at Commonwealth Connections Academy, a virtual charter school.

Cesar began playing chess at age 5 when his mother took him to the YMCA for occasional games.

"Beating your opponent" is the best part of playing chess, Cesar says.

He ought to know. He's listed 63rd among the Pennsylvania Regular Rated Top 100 Players (ages 13 and 14), according to usachess.org, the Web site for the Professional Chess Club, a Berks County club affiliated with the U.S. Chess Federation.

Cesar says he doesn't get to play enough, but sometimes goes to the Professional club, which meets Thursday nights at Dunn Community Center, 4565 Prestwick Drive, Exeter Township. It's free and open to players age 10 to adult. The Million Youth Chess Club is free and open to all players also. It meets at City Espresso, 124 S. Fifth St., Reading, the third Saturday of every month, and at other city spots.

Cesar has had two lessons from National Chess Master Lorand Bela Kis, whom he met at the Professional club.

Chess engages the mind and frees the artistic spirit. More than a board game, playing chess requires logic and helps develop memory, imagination, scientific thought and can open up the world to players, who can compete in tournaments big and small, according to usachess.org.

Sure, chess requires players to make calculations without calculators, but playing doesn't make one better at math, Cesar says. For him, a natural proclivity for math makes him a good chess player.

And good he is. He's the best player in the Million Youth Chess Club, says club president Mike Reese.

Cesar began playing in earnest in the fourth grade in a school club. Later, at a Penn State Berks campus competition, Cesar said, "This guy was trash-talking me and I trapped his queen." It was a satisfying moment.

In seventh grade, Cesar won a tournament in Allentown. Last year, he competed in a World Open event in Philadelphia, where he won seven out of nine games. If he had been registered instead of a fill-in, he would have won nearly $3,000, he says.

But while playing chess can be a livelihood for some, Cesar says he is content to master it as a hobby — a cool one that has no retirement age.

(Stacie Jones is Voices associate editor. Reach her at sjones@readingeagle.com.)

11

# Chess mates

By Starle Jones



Cesar Escudero of Reading, a freshman at Commonwealth Connections Academy, strategizes his next move on a transparent chess board created by staff artist George M. Arentz and placed over glass.

Case 1:11-cv-01858-YK   Document 1-2   Filed 10/07/11   Page 6 of 28

# EXHIBIT C





# EXHIBIT D

# The Police Athletic League of Greater Reading

proudly presents this

## Certificate of Recognition

to

### Cesar Escudero

For Completing Peer Mediation Training

July 18-19, 2000

Date

**GREATER READING**

Michael Shor

President, PAL Board of Governors



Sandra L. Wise

PAL Executive Director

**We Build Character ... Activity Counseling Example**

Case 1:11-cv-01858-YK   Document 1-2   Filed 10/07/11   Page 10 of 28

# EXHIBIT E



This certificate celebrates

*Cesar Escudero*

for his

# Science Fair Project

This award is presented March 21, 2001

Mrs. Allison

Teacher

Mrs. Voelker

Head Teacher

Case 1:11-cv-01858-YK   Document 1-2   Filed 10/07/11   Page 12 of 28

# EXHIBIT F



# EXHIBIT G

April 21, 2008

Dear Parent/Sponsor:

The purpose of this letter is to provide you with the opportunity to better understand both academic and behavioral expectations that we have for your student. While no policy changes have taken place related to academic and behavioral expectations, it is important to be able to provide you with this "process information" as we approach the conclusion of the 07-08 academic year.

Related to academic expectations, overall final grades for students will be calculated by averaging the following five grades: 1st Marking Period final grade, 2nd Marking Period final grade, 3rd Marking Period final grade, 4th Marking Period final grade, and Final Exam grade. Each of the grades will be weighted equally (20%) in determining the overall final grade. Those students who earn less than a 70% on their overall final grade will not pass the course. At the present moment, students have earned 60% of their overall final grade: 20% - 1st Marking Period final grade, 20% - 2nd Marking Period final grade, and 20% - 3rd Marking Period final grade, with 20% - 4th Marking Period final grade and 20% - Final Exam grade yet to be earned.

A student who fails a core course, having earned an overall final grade of less than 70%, will be required to attend Summer School programming. Students who fail a core course (Math, English, Science, Social Studies) will be given attendance priority over students who fail a non-core/elective course. Those who fail a non-core/elective course will earn a failing grade and will be required to re-take the course during the 08-09 academic year. A student who fails more than two core courses may be retained in their current grade for the 08-09 academic year and could be required to attend Summer School also. Final information related to Summer School attendance will not be available to houseparents until Thursday, June 19.

Summer School will begin on Monday, June 23 and conclude on Friday, July 18. (Classes will not be held on Friday, July 4.) Students must attend all four weeks of Summer School. Students will not be permitted to depart Summer School prior to July 18 at 3:00pm. Additionally, if your student is retained in their current grade, they could be required to attend a summer program designed to prepare them for the start of the 08-09 academic year. The dates of this program are July 7-July 31. If your student will be retained in their current grade, you will be contacted by a scholastic administrator.

In an effort to keep each student apprised of their behavioral infractions, a tiered information system has been in place this entire year. This notification and remediation process will continue to be employed throughout the remainder of the year. When a student surpasses a specific point threshold, the following actions are taken. Individual student behavior reports will no longer be included with the report cards.

- 25 Points - Behavioral Reflection Session – Student meets with a homelife administrator and a counselor to review their behavior

- 30 Points – Community Restitution - Student participates in three Saturday morning sessions of restitution

- 50 Points - Behavioral Intersession – Student participates in programming during Thanksgiving and/or Spring Break

- 75 Points - Ineligibility/Forfeiture of Continuing Education Scholarship (CES) – Student is not able to participate in co-curricular activities and they are not able to earn their CES for that given year

- 100 Points – Enrollment Review – A team representing Homelife, Scholastic, and Student Health Services meets to determine whether enrollment at Milton Hershey School will continue for that student

As always, it is our goal to equip our students with the skills and abilities to be successful in life. In doing so, we cannot sacrifice our academic standards and behavioral expectations. Our commitment is to work with each student in these and other important areas. In return, we expect our students to display a work ethic that can allow them to realize their potential.

Please feel free to contact me at your convenience should you have any questions related to the content of this letter. Thank you for the continued support you provide to your student.

William H Weber III
Senior Hall Principal
Milton Hershey School
717-520-2804

# EXHIBIT H

## NOT ANOTHER CRONY AT THE HERSHEY TRUST

A large number of Milton Hershey Alumni are growing increasingly concerned that cronyism – the favored practice of The Milton Hershey School Trust – could determine the next choice of MHS President. The signs are all there. Unlike prior searches, this one is being conducted behind closed doors and excludes all members of The MHS Community. It is supposed to produce a new President by June but no candidates have been named yet.

So will this Board just decide to name on of their own in the next few months? Informed sources point to Tony Colistra who just finished a decade on the Board and is still on the Hershey Entertainment and Resort Board.  What a travesty that would be. Colistra who brought the School the Leply administration, enraged fellow alumni so badly they carried "Phony Tony" placards in their demonstrations against that regime. After President Johnny O'Brien and his team righted the ship, greatly expanded the student body and advance the School in the right direction, Colistra would be a huge step backwards.  Milton Hershey School has a terrific leader-in-waiting in Peter Gurt who could keep the enormous progress going.  But he's not a Crony.  I beg the media and public to keep an eye on this important decision.

Signed

C O W S

# EXHIBIT I

-----Original Message-----
From: Durty Gurty <miltonandkittycry@hotmail.com>
To: ISZ@escm.com <ISZ@escm.com>, jbez42@aol.com <jbez42@aol.com>,
vredmond@pawc.com <vredmond@pawc.com>, rgover@verizon.net <rgover@verizon.net>
hpennington@jff.org <hpennington@jff.org> rlenny@hershey.com <rlenny@hershey.com>;
colistra@verizon.net <colistra@verizon.net>, stillp@earthlink.net <stillp@earthlink.net>;
julietrowland@ouw.org <julietrowland@ouw.org>; vowler@hersheytrust.com
<vowler@hersheytrust.com>; roberty.cavanaugh@csfb.com <roberty.cavanaugh@csfb.com>,
jewaters@state.pa.us

Sent: Tru May 26 21:23:08 2005

Subject: Pete Gurts indescretion continues

May 26, 2005

MHS Board of Directors:

Milton and Kitty may indeed be crying

Mr. Gurt has once again demonstrated crude and sexually charged behavior and
this time he did so with students and now the Sr. class is talking about
this and sharing it with house parents, staff and other students. Employees
are fed up and we have decided to take this action so that you are aware of
the problem. Ultimately, the responsibility rests with you

This situation needs addressed within the context of Mr. Gurt's other public
displays of sexually charged misconduct / humor. We will recap these
incidents after we report to you the most recent, and most damaging to the
school's mission, example

The school has started a tradition of holding a Senior Recognition night
each spring. We just had the class of '05's. Afterwards, the class was
taken to the Dearden House for a social. During a Sr. Roast Mr. Gurt joked
that one of the boys had "the best ride in Ohio" last summer

This joke is offensive and completely shameful. As Directors you are
probably not aware that last summer several homes went to Cedar Point in
Ohio as part of their student home vacation. During this time at Cedar
Point a MHS girl and three male MHS students were caught in a dark, secluded
place. They were caught engaging in a three on one sex orgy. The girl was
giving oral sex and also having sex with one of the boys. It was a
humiliating moment for the students, house parents, and Milton Hershey
School

These four students were harshly punished for their behavior. Mr. Gurt's
inappropriate and tasteless joke was directed at one of these boys

Several things horrify us about this situation

1. Why would the Head of Sr. Division and Home Life even make light of such
a dangerous, morally repugnant and shameful activity for which these
students were severely punished?
2. Why would Mr. Gurt bring back such shameful memories to an individual and
a campus? Surely he understands how students talk. They are talking now
and bringing shame to the girl and the boys

3. Mr. Gurt's humor is bringing shame to MHS. Why do we have a man leading this school who cannot avoid distasteful and sexually charged jokes in front of audiences that are not safe to act like in that manner?

4. Women are offended! "You had the best ride in Ohio" is no way to describe a sexual act with a woman. These boys usually come from broken homes where they often watched their mothers abused and neglected. How does describing a gross sexual act as "riding" teach anything about respecting women?

5. Certain alumni actually pleaded against posting this on the MHSAA website because they felt confidentiality of the girl was too important to risk the publicity. This underscores the damage this type of public joke could cause the young lady involved in this incident.

We have to ask, "why is this man leading us"

Do you understand the man, who he is, what he is?

First, the employees on campus are all aware of the rumor that he was fired from MHS for having sexual relations with subordinate. His pro group claims that he was set up, but the other side claims his poor wife is the one that actually turned him into HR after confronting them in an apartment. Regardless of the truth, it is obvious that something happened (real or imagined) and one has to wonder why this man continues to skate around sexual jokes? His reputation is injured and he seems to revel in the compromise his sex talk creates.

How about the Camp Milton experience where he hosted an after golf beer party. During this event, in front of all manners of employees, he made jokes about women's breast sizes, mentioned people who were ugly and discussed the size of penises. He even told every male to get in a circle and pull out his penis for a contest. To stay with his consistent manner of ignorance, he told one African American not to bother because everyone already knew he would win.

Then a couple of months later he publicly ridiculed another African American and offended many of the house mom's and African American house fathers when he stated all this African American male needed to do to get women was to put a potato down his pants. This joke was done during a mandatory all house parent assembly. Mr. Gurt mandated house parents come and listen to his offensive jokes. There was never an apology yet many of us made it clear to him we were offended.

What is it with him and African American penis jokes? African American men on campus are on to him.

During other all-house parent meetings Mr. Gurt kept jabbing at one of his Home Life Directors over a nervous poopy diaper analogy the man (Mr. Cortez) had tried. It was an embarrassing attempt at humor but it was obviously an innocent attempt by Mr. Cortez. Mr. Gurt proceeded to take what seemed to be malicious jabs at Mr. Cortez by joking about feces, fecal matter and urine. This was done in front of house moms and house dads and was incredibly uncomfortable for many of us. In future meetings we were again subjected to this type of jabbing humor and in one we even had Union leaders taking shots at Tony during their presentation.

The point we want to make clear is that Mr. Gurt's subordinates have often

used some of his style as their own. They are mimicking his poor behavior. They are leading people who are to be raising children in a manner that is more fit for a sailor.

Go find out from the HLA's and other administrators who dread the Friday socials at local clubs. Mr Gurt is part of this and it is a lot of sexual jokes about women's breast sizes, discussions of who is "nailing who" and other things which are simply not acceptable for anyone in a position of power

This is a leadership style designed to create a team where everyone has dirt on each other. Everyone is afraid to turn on each other because of what each other know about the other

There are so many problems on this campus and a man who cannot control his tongue is leading us, in part. He exposes this school to lawsuits every time he acts in this repulsive manner. And, his immediate subordinates follow along and join in the revelry without remorse. Ask them if it is true. The offended will tell the truth even if the guilty lie

Hold your own Discovery Team and find out from those afraid to speak. Find out how Mr O'Brien is losing credibility because of Mr. Gurt's ridiculous behavior. It is not an accurate reflection on Mr. O'Brien, but it is for many employees the only representation of Mr. O'Brien they consistently see

The choice is certainly yours, but be concerned. Employees have had enough. This email is the first strike in concerned employees attempt to get the truth out and get it right. He is not a suitable leader and his team of administration is tainted! He and his team have lost the respect of so many subordinates because of these and many other examples.

Now we have this latest episode. He has brought back to life the ugly memory of a lurid sex scene that created a buzz on campus last summer. It is unacceptable that any member of MHS staff or community engages in a behavior, which casts shame back on the students we serve

There are deep issues here and Mr Gurt is at the heart of so much of the bitterness and despair. He has offended so many women, African Americans individuals and now students. He has treated people unjustly. He has acted as an immature leader who lashes out at those who disagree with him. He is simply not someone who can lead effectively. All that is left for him is to drive us like cattle. He can scare, intimidate and force his will on others but he has entirely lost all his inspirational qualities.

This email is the voice of many! The anonymity speaks to the nervousness and paranoia we have on this campus. People get punished for asking questions or disagreeing. It is a dangerous place for those who challenge Pete and now he needs challenged but we are afraid to be public in our challenge. This place is in turmoil. He has created the perfect storm for his type of behavior to go unnoticed by those who have the power to stop it.

We are

Concerned Employees trying to carry out the Mission of Milton and Catherine Hershey

## BREAKING THE HERSHEY CO'S GOVERNANCE MODEL

Something about the Patriot News Feb. 17 article "A Change at the Hershey Co." didn't ring true for me. Now I know what it is. The article announced that James Nevels was replacing Ken Wolfe as Chairman of the Hershey Co. Then it went on to quote the Hershey Trust Board as saying in "keeping with the Company's historic governance model, it wanted one of its representatives on the board to serve as chairman".

This move is more like the opposite of Hershey's historic practice. As far back as Dearden, Zimmerman, Wolfe and Lenny, they were all Chairs of The Hershey Company because they were CEO's of The Hershey Company and appointed to the Milton Hershey Trust – Not the other way around!

So Nevels is the first outside Chair in the modern history of The Hershey Company and has predictably little knowledge of The Hershey Company and scant experience in controlling the Trust, School, Hershey Entertainment and now The Hershey Company it is no surprise that cronies have been installed at all that the School. But wait – The Milton Hershey School is nearing the end of its Presidential search – could the Trust make it 4 for 4 and appoint a retread like Tony Colistra (former Trust Board member and still at the trough at Hershey Entertainment and Resort) as the fourth Puppet-In-Chief? That's the educated rumor.

Signed

C O W S

Sylvia Escudero

My name is Sylvia Escudero and I'm here to talk about my son Cesar.

As a single mother with English language difficulty and a physical condition, I faced many challenges to see my boy succeed. But even though I struggled Cesar made me proud.

He excelled at school and football, was very good in French Language and became a gifted chess player. He was even featured in newspaper stories because he won chess matches against adults.

If you meet Cesar you will know why his teachers and coaches like him. ~~I saved every award Cesar got because he represents all my dreams in life.~~ *Not my dreams but his.*

When Cesar was in 9th grade I enrolled him in Milton Hershey School because it seemed to offer so much opportunity.

Cesar spent three years there and received many awards and honors. He excelled at football and French and went to Mexico to help build homes for poor people. Many adults at Milton Hershey praised Cesar as a leader and model student.

Even though there were problems Cesar put up with things in order to graduate. with his Scholarships (Which He has already earned).

For example, Cesar's housefather made jokes about calling my son wetback because we have Mexican heritage.

Sometimes Cesar saw children who needed counseling but instead were abused with constant punishment instead of treatment.

I could tell that MHS had bad organizational problems and it often seemed like those in charge did not understand even basic things about kids.

Then one day the unimaginable happened: Cesar got a principal very angry because Cesar kept his cool while the principal exploded.

What started as a minor incident between Cesar and another boy became a vendetta by the principal against my son. The next thing Cesar was expelled just at the beginning AT in his last month of his senior junior's year. Exactly when he was focus in his SAT test Finals and choosing which college he will atteny

They kept Cesar in solitary isolation while they decided to kick him out, which was a very disturbing situation.

They did not let Cesar's coaches or supportive teachers have input in the decision. Neither My son and me have an opportunity For a meeting or a due process.

One ~~employee~~ Supervisor took my son aside and told ~~me~~ him she was surprised but that the principal had it in for Cesar.

The housefather who called my son wetback was one of the people who voted to kick Cesar out. And Mrs. Reel (viceprincipal) told me that her decision was based in Mr. Ohliger and Mrs. Ohliger saying (some When he packed my boy's things, the housefather threw away the awards and certificates that my boy had earned at Milton Hershey.

This added deep humiliation to everything else and denied me even these precious objects that I have collected all of my Cesar's life.

When I tried to meet with Milton Hershey president Dr. Colistra it was like he was playing a game. He claimed that some evidence like a videotape disappeared but we knew from adults at MHS that Dr. Colistra had it.

There were several other things just like this and they never listened sincerely to even one word.

When we tried to meet with the board of managers they refused.

We even tried to talk with Attorney General Tom Corbett but he did not answer our letter.

We do not have power or money so few people notice if we get hurt.

But our hurt is real too and I cannot tell you how much they damaged my boy's life or how hard psychologically this has been on him. I blame myself for having trusted the people at MHS.

You may think I'm just a mother who cannot see where her boy did wrong. But if you talked with Cesar or knew the details you would also see what really happened to him.

I came here today because I did not want other mothers to suffer what I have faced as I tried to help my boy salvage the senior year that some people at Milton Hershey took from him.

Thank you for listening to me today.