IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COSME CESAR ECUDERO-AVILES,** | : | |
| **ET AL.** | : | CIVIL ACTION NO. 1:11-CV-1858 |
| | : | |
| Plaintiffs | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **MILTON HERSHEY SCHOOL** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above-captioned action is an October 13, 2011 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

3) Plaintiff's complaint (Doc. No. 1) is **DISMISSED** without prejudice to the plaintiff endeavoring to correct the defects cited in the Report and Recommendation, provided that the Defendant acts within 20 days.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: November 3, 2011